# Third District Court of Appeal
## State of Florida

Opinion filed September 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0342
Lower Tribunal No. 17-15612-FC-04
_____

**Ricardo A. Jackson,**
Appellant,

vs.

**Breauna Lawrence, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Oscar Rodriguez-Fonts, Judge.

Ricardo A. Jackson, in proper person.

James Uthmeier, Attorney General, and Sarah C. Prieto, Assistant Attorney General, for appellee, Florida Department of Revenue.

Before MILLER, LOBREE and GOODEN, JJ.

PER CURIAM.

Appellant Ricardo A. Jackson appeals an order approving and ratifying a recommended order of the general magistrate denying his supplemental

petition for downward modification of support. The general magistrate conducted an evidentiary hearing during which it heard testimony and took evidence. But we do not have a transcript of those proceedings. To that end, we are compelled to affirm. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal."); Zarate v. Deutsche Bank Nat'l Tr. Co. as Tr., 81 So. 3d 556, 557–58 (Fla. 3d DCA 2012) ("An appellant has the burden to present a record that will overcome the presumption of the correctness of the trial court's findings. . . . Where there is no record of the testimony of witnesses or of evidentiary rulings, and where a statement of the record has not been prepared pursuant to Florida Rule of Appellate Procedure 9.200(a)(3). . . , a judgment which is not fundamentally erroneous on its face must be affirmed.").

Affirmed.